**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-00989-LTB

JANICE K. STEPHAN,

       Plaintiff,

v.

BROOKDALE SENIOR LIVING COMMUNITIES, INC.,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Motion to Substitute Exhibit to Motion to Compel Arbitration (Doc 10 - filed July 6, 2012) is GRANTED.  The correct Exhibit found at Doc. 10-1 is accepted as filed.

Dated:   July 9, 2012

---